## UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  OHIO
## WESTERN  DIVISION

ANGEL MARIE LUCUS,                                          Civil Action No. 16-cv-1163

      Plaintiff,                                                     Barrett, J.
                                                                       Bowman, M.J

  vs.

TROOPER DREW KUEHNE, *et al.*,

      Defendant.

## REPORT AND RECOMMENDATION

On February 20, 2018, the Court ordered Plaintiff to show cause, in writing, on or before March 12, 2018, why Defendant's motion for judgment on the pleadings (Doc. 34) should not be construed as unopposed and granted for the reasons stated. (Doc. 35). The Order further stated that Plaintiff's failure to timely comply with this Order will result in a Report and Recommendation to the District Judge that the pending motion be granted.  The time deadline set forth in the Order has passed without a responsive filing by Plaintiff

Accordingly, Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this case pursuant to Fed.R.Civ.P. 41(b).  *See Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir.1991).  District courts have the power to *sua sponte* dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630–31, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). *See also Jourdan,* 951 F.2d at 109. Though plaintiff is proceeding pro se, as stated by the Supreme Court, "we have

never suggested that procedural rules in ordinary civil litigation should be interpreted so

as to excuse mistakes by those who proceed without counsel." *McNeil v. United States*,

508 U.S. 106, 113 (1993).

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint be

**DISMISSED** for want of prosecution and for failure to obey a Court Order.  As no

additional claims remain pending, the undersigned further **RECOMMENDS** that this

case be **CLOSED.**

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ANGEL MARIE LUCUS,                                            Civil Action No. 16-cv-1163

      Plaintiff,                                                          Barrett, J.
                                                                              Bowman, M.J
   vs.

TROOPER DREW KUEHNE, *et al.*,

      Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).