UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angel Marie Lucus,

    Plaintiff,

        v.                                          Case No.  1:16cv1183

Trooper Drew Kuehne, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 18, 2018 (Doc. 36).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 36) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's action is **DISMISSED** for want of prosecution and for failure to obey a Court Order consistent with the recommendation by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge